William E. T. Smith et al., Appellants, *v.* John J. Bartlett,
Respondent.

*Smith* v. *Bartlett,* 131 App. Div. 915, affirmed.
(Argued April 29, 1910; decided May 17, 1910.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 23, 1909, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term without a jury in an action to compel determina-
tion of a claim to real property.

*Timothy M. Griffing, George T. Hammond* and *Clarence G. T. Smith* for appellants.

*Jesse Johnson* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.